UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HILDA L. SOLIS,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>               Plaintiff,<br><br>v.<br><br>JEFFREYS SEED COMPANY,<br>EDWARD TAYLOR JEFFREYS,<br>JAMES T. JEFFREYS, III,<br>JEFFREYS SEED COMPANY PROFIT<br>SHARING PLAN AND TRUST, AND<br>JEFFREYS SEED COMPANY GROUP<br>HEALTH PLAN,<br><br>               Defendants. | FILE NO.<br><br>5:11-cv-00692-FL |

## **DEFAULT**

The default of Jeffreys Seed Company, Edward Taylor Jeffreys, James T. Jeffreys, III, Jeffreys Seed Company Profit Sharing Plan and Trust, and Jeffreys Seed Company Group Health Plan, Defendants in the above action, is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for the reason that said Defendants have failed to plead or otherwise defend as provided by court rules as appears from the affidavit supporting entry of default.

November 8, 2012
_____
Date

_/s/ Julie A. Richards_
_____
Clerk of Court