UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, )<br>Secretary of Labor, United States )<br>Department of Labor, )<br>  )<br>  Plaintiff, )<br>  )<br>v. ) <br>  )<br>JEFFREYS SEED COMPANY; )<br>JEFFREYS SEED COMPANY )<br>PROFIT SHARING PLAN AND TRUST; )<br>JEFFREYS SEED COMPANY GROUP )<br>HEALTH PLAN; EDWARD TAYLOR )<br>JEFFREYS; and JAMES T. JEFFREYS, III, )<br>  )<br>  Defendants. ) | **JUDGMENT**<br>No. 5:11-CV-692-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for show cause hearing held on February 8, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 8, 2013, and for the reasons set forth more specifically therein, that this case is dismissed with prejudice. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on February 12, 2013, and Copies To:**
Kristina T. Harrell (via CM/ECF Notice of Electronic Filing)
Jeffreys Seed Company c/o James T. Jeffreys, Registered Agent (via U.S. Mail)
    1608 US Highway 117 South, Goldsboro, NC 27533
Edward Taylor Jeffreys (via U.S. Mail) 414 Walnut Creek Drive, Goldsboro, NC 27533
James T. Jeffreys, III (via U.S. Mail) 408 Walnut Creek Drive, Goldsboro, NC 27533
Jeffreys Seed Company Group Health Plan c/o Edward Taylor Jeffreys, Plan Trustee
    (via U.S. Mail) 414 Walnut Creek Drive, Goldsboro, NC 27533
Jeffreys Seed Company Profit Sharing Plan and Trust c/o James T. Jeffreys, III, Plan Trustee
    (via U.S. Mail) 408 Walnut Creek Drive, Goldsboro, NC 27533


February 12, 2013               JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk